UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Irma Velasco**, *Plaintiff*, -v- **Antony Blinken**, in his official capacity as the Secretary of State of the United States, *Defendant*. | Case No: 1:23-cv-1363 |

**Complaint for Declaratory Relief**

Plaintiff Irma Velasco was born in the United States and has never departed the country. When she applied for a US Passport on November 22, 2021, she never expected to be told that she was not a US Citizen. Yet after nearly two years and following numerous, duplicative requests for additional evidence, the Department of State denied her passport application.

Her passport denial leaves her in a state of limbo. She is a US Citizen by virtue of her birth in the United States and has a validly issued US birth certificate. However, she cannot safely leave and reenter the country because she would be treated like a foreigner at the time of reentry. She cannot obtain other proof of citizenship even for domestic purposes, such as for identification, employment, or travel. There is no legal remedy, apart from this suit, which could restore her rights and privileges.

In refusing her a passport, the Department of State has unjustly subjected her application to heightened scrutiny. The vast majority of passport applicants are only required to submit their

US birth certificate. Yet in this case, she received three separate requests for evidence and was called for two interviews. Her application was subjected to far greater standard of evidence than other Americans, even though the agency will claim that the same rules apply to everyone.

Because Irma is being denied her rights and privileges, she now brings this Complaint, asking the Court to declare her a US Citizen who is eligible for a passport.

### Jurisdiction and Venue

1. This Court has jurisdiction over the claims asserted in this action pursuant to 8 U.S.C. § 1503(a) because Plaintiff claims rights and privileges as a national of the United States, and Defendant has denied her those rights and privileges.
2. The authority for this Court to issue declaratory relief for Plaintiff derives from 28 U.S.C. § 2201.
3. Venue is proper in this judicial district pursuant to 8 U.S.C. § 1503(a) because Plaintiff resides in this district.

### Parties

4. Plaintiff is a resident of Austin, Texas, who was born in the city of Rio Bravo, Texas.
5. Defendant is the United States Secretary of State who is sued in his official capacity as Secretary of State pursuant to 8 U.S.C. § 1503(a).

### Facts at Issue

6. Plaintiff was born in the city of Rio Bravo, Texas in the year 1994. She currently lives in Austin, Texas.

7. The Registrar for Webb County received her birth registration on February 17, 1994. Her birth registration was signed for by the local Registrar at that time.

8. Plaintiff filed a US Passport application on November 22, 2021, which included a copy of her birth certificate.

9. The US Department of State sent requests for additional evidence of her birth in the United States on January 19, 2022, December 27, 2022, and March 28, 2023. Plaintiff responded as requested to each request.

10. Plaintiff provided substantive evidence in response to these requests, showing that:
    a. Her mother was eligible to visit the United States lawfully prior to Irma's birth;
    b. The State of Texas recognized her birth and recorded it shortly thereafter;
    c. Witnesses to her birth have provided credible sworn affidavits;
    d. Her subsequent siblings were also born in the United States;
    e. She was present in the United States in the days and months following her birth, registered her birth with the State of Texas, and received immunizations;
    f. She grew up, attended school, lives and works in the United States;

11. Agents from the US Department of State contacted Plaintiff for telephone interviews on April 22, 2022, and February 27, 2023. Plaintiff answered the officer's questions and provided as much information as she could.

12. The US Department of State denied Plaintiff's passport application on June 27, 2023. In denying her passport, the Department wrote that the evidence she provided was "not sufficient to establish by a preponderance of the evidence that [she was] born in the United States." It further stated that she did not submit "sufficient early public records to

support [her] birth in the United States and none of the evidence submitted lists [her] place of birth."

13. Defendant, by and through his agents at the US Department of State, oversees the issuance of passports by the US Government and directly authorizes those agents to accept, review, and adjudicate passport applications.

14. Defendant does not routinely require passport applicants to provide, in addition to their birth certificates, early public records listing their places of birth, when adjudicating passport applications.

15. Passports issued by the US Department of States are rights or privileges issued only to US Citizens.

16. The US Department of State's refusal to issue a passport to Plaintiff is a de facto refusal to acknowledge her US Citizenship.

17. The US Government's refusal to recognize Plaintiff's citizenship has directly harmed her. She is unable to safely travel abroad and return to her home. She cannot obtain evidence of her citizenship to use as identification for employment or even for domestic travel. Her passport denial could also cause other state and federal agencies to doubt her US Citizenship for other rights and privileges she is entitled to.

## **Cause of Action**

18. Plaintiff seeks a declaratory judgment from this Court, pursuant to 8 U.S.C. §1503(a), that she is a United States citizen by birth.

## **Prayer for Relief**

WHEREFORE, Plaintiff prays that this Court:

a. Declare that Plaintiff is a citizen of the United States; and

b. Order that the US Department of State issue her a passport; and

c. Grant Plaintiff reasonable attorney's fees pursuant to 28 U.S.C. § 2412 and her costs and expenses herein; and

d. Grant any and all other such relief as this Court finds necessary and proper.

Respectfully submitted,


/s/ Joseph Krebs Muller

Joseph Krebs Muller
Attorney for Plaintiff
Bar: MO #65066, TX #24117397
Law Office of Joseph Muller
9600 Great Hills Trl. Ste. 150W
Austin, TX 78759
Email: joseph@jkmlaw.cc
Phone: (512) 593-8258
Fax: (512) 361-4938

**Verification of Counsel**

I, Joseph Krebs Muller, hereby certify that I am familiar with the case of the named Plaintiff and that the facts as stated above are true and correct to the best of my knowledge and belief.

/s/ Joseph Krebs Muller
Joseph Krebs Muller

# Certificate of Service

I, Joseph Krebs Muller, hereby certify that today, November 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Attorney General Merrick B. Garland
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>Executive Office of the Office of the Legal Adviser
>U.S. Department of State
>600 19th Street NW, Suite 5.600
>Washington DC 20522
>
>U.S. Attorney's Office
>601 N.W. Loop 410, Ste 600
>San Antonio, TX 78216-5597

/s/ Joseph Krebs Muller

Joseph Krebs Muller